UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOURDES P. LLARENA, IRS CHICAGO,

Plaintiffs,

-vs-  Case No. 6:10-cv-1119-Orl-18DAB

ROSA LIA VIUDA, DR. LOUIS CABRERA
PEREZ, CARMELA GARCIA-VIUDA,
LLEANA DE LA TORRIENTA KOMPER
INSURANCE CO.,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Application is **DENIED** and Plaintiff's claims are hereby **DISMISSED** as wholly indecipherable and lacking any basis in law. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___17___ day of August, 2010.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Pro se plaintiff